UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**DEBRA BROOKS**   CIVIL DOCKET 6:22-CV-01844

**VERSUS**   JUDGE DAVID C. JOSEPH

**DOLLAR GENERAL CORPORATION, ET AL**   MAGISTRATE JUDGE DAVID J. AYO

## JUDGMENT

Before the Court is a MOTION TO REMAND ("the Motion") [Doc. 15] filed by Plaintiff, Debra Brooks. The Motion was referred to United States Magistrate Judge David J. Ayo for REPORT AND RECOMMENDATION [Doc. 21]. After an independent review of the record, noting the absence of objections filed, this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED that, consistent with the REPORT AND RECOMMENDATION, the MOTION TO REMAND [Doc. 15] is DENIED.

IT IS FURTHER ORDERED that, for the reasons stated in the REPORT AND RECOMMENDATION, Halyna Lessard is dismissed as a defendant in this matter without prejudice.

THUS, DONE AND SIGNED in Chambers on the 26th day of September 2022.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE